An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN C. PETERSON,
Appellant,
vs.
CITY OF LAS VEGAS,
Respondent.

No. 63781

FILED

SEP 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying an appeal from a municipal court conviction. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the municipal court. The district court has final appellate jurisdiction over a case arising in the municipal court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 550 P.2d 419 (1976); NRS 5.073(1); NRS 266.565(1); NRS 266.595. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-26596

cc:   Hon. Rob Bare, District Judge
John C. Peterson
Las Vegas City Attorney
Attorney General/Carson City
Eighth District Court Clerk